IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

GARLAND JAMES GREEN                                                                     PLAINTIFF
ADC #149195

V.                                         NO: 4:11CV00218 JMM

LELA FOLSOM                                                                             DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against Defendant Stephen Morley, and without prejudice with respect to his claims against Defendant Lela Folsom; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 18th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE